UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CHEP USA, § <br> § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> SPOT-ON SERVICES DALLAS, LLC, § <br> § <br> *Defendant.* § | CIVIL ACTION NO.  4:24-cv-00680 |

## PLAINTIFF'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1(a)(1) of the Federal Rules of Civil Procedure, Plaintiff submits its Corporate Disclosure Statement and states as follows:

CHEP is a New York general partnership with its principal office at 5897 Windward Parkway, Alpharetta, Georgia 30005. The partners of CHEP are Brambles North America Incorporated and Brambles Industries, LLC. Brambles North America Incorporated is a Delaware corporation with its principal office and principal place of business at 5897 Windward Parkway, Alpharetta, Georgia 30005. Brambles Industries, LLC, is a Delaware LLC with its principal office and principal place of business at 5897 Windward Parkway, Alpharetta, Georgia 30005. The sole member of Brambles Industries, LLC, is Brambles North America Incorporated.

                                              Respectfully submitted,

                                              **AKERMAN LLP**

                                              */s/ Ryan C. Krone*
                                                 Ryan C. Krone
                                                 Texas Bar No. 24085750
                                                 ryan.krone@akerman.com
                                                 1300 Post Oak Blvd., Suite 2300
                                                 Houston, Texas 77056
                                                 Telephone:   713-623-0887
                                                 Facsimile:   713-960-1527

Samual A. Miller (*pro hac vice application forthcoming*)
Florida Bar No.: 034491
samual.miller@akerman.com
420 South Orange Avenue, Suite 1200
Orlando, Florida 32801
Telephone:   407-423-4000
Facsimile:    407-254-3783

**ATTORNEYS FOR PLAINTIFF CHEP USA**